IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARCLAY BUTERA DEVELOPMENT, INC., BARCLAY BUTERA, INC., and BARCLAY BUTERA, individually<br><br>    Plaintiffs,<br><br>v.<br><br>THE ANNEX, LLC d/b/a HELM HOME and MARIO FERREIRA<br><br>    Defendants. | Civil Action No. _____ |

**PLAINTIFF'S APPENDIX TO THE ORIGINAL COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COMES NOW, Plaintiffs Barclay Butera, Inc. ("BBI"), Barclay Butera Development, Inc. ("BBD") and Barclay Butera ("Mr. Butera"), individually (collectively referred to herein as "Plaintiffs") and file Appendix to the Original Complaint, for Exhibits 1-8 against Defendants The Annex, LLC d/b/a Helm Home ("Helm") and Mario Ferreira ("Mr. Ferreira"), an individual, and in support thereof list the Exhibits as follow:

    Exhibit 1 –     Certificate of Registration for the literal mark
    Exhibit 2 –     Certificate of Registration for the design mark
    Exhibit 3 –     Mario Ferreira's Offer Letter
    Exhibit 4 –     Emails with Helm Home and Mario Ferreira
    Exhibit 5 –     Park Meadows Country Club Payments
    Exhibit 6 –     Email from Josh Carr to Mario Ferreira
    Exhibit 7 –     Email from Mike Councilman to Mario Ferreira
    Exhibit 8 –     Membership Resignation Form from Park Meadows Country Club