Int. Cls.: **20, 24 and 26**

Prior U.S. Cls.: **2, 13, 22, 25, 32, 37, 39, 40, 42 and 50**

**Reg. No. 3,333,369**

**United States Patent and Trademark Office**   Registered Nov. 13, 2007

## TRADEMARK
### PRINCIPAL REGISTER

# Barclay Butera

BUTERA, BARCLAY (UNITED STATES INDIVIDUAL)
365-A CLINTON STREET
COSTA MESA, CA 92626

FOR: BEDROOM FURNITURE; CHAIR CUSHIONS; CUSHIONS; CUSHIONS; FABRIC WINDOW BLINDS; FITTED FABRIC FURNITURE COVERS; FURNITURE; FURNITURE FOR HOUSE, OFFICE AND GARDEN; LIVING ROOM FURNITURE; PILLOWS; RECLINERS; SEAT CUSHIONS; SEATING FURNITURE; SEATS; TABLES, IN CLASS 20 (U.S. CLS. 2, 13, 22, 25, 32 AND 50).

FIRST USE 11-1-1994; IN COMMERCE 11-1-1994.

FOR: BED BLANKETS; BED LINEN; BED SHEETS; BED SKIRTS; BED SPREADS; CURTAINS MADE OF TEXTILE FABRICS; FABRIC TABLE RUNNERS; FABRIC WINDOW COVERINGS AND TREATMENTS, NAMELY CURTAINS, DRAPERIES, SHEERS, SWAGS AND VALANCES; PILLOW CASES; PILLOW COVERS; PILLOW SHAMS; PILLOWCASES; TEXTILE FABRICS FOR HOME AND COMMERCIAL INTERIORS; UPHOLSTERY FABRICS, IN CLASS 24 (U.S. CLS. 42 AND 50).

FIRST USE 11-1-1994; IN COMMERCE 11-1-1994.

FOR: LACE; LACE TRIMMING; LACES AND EMBROIDERY, IN CLASS 26 (U.S. CLS. 37, 39, 40, 42 AND 50).

FIRST USE 11-1-1994; IN COMMERCE 11-1-1994.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-013,364, FILED 10-4-2006.

THEODORE MCBRIDE, EXAMINING ATTORNEY


PLAINTIFF'S EXHIBIT 1