

Case: 2:23cv4903  Doc: 4

Joseph L Lanza  
Vethan Law Firm PC  
820 Gessner  Suite 1510  
Houston, TX 77024